# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**ROBERT B. FRIER,**

       Petitioner,

      V.                          CASE NUMBER: **06-C-1081**

**STEVE WATTERS,**
**Director of the Sand Ridge Secure Detention Center**,

       Respondent.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Robert Frier's petition pursuant to Title 28, United States Code, Section 2254, is DISMISSED WITHOUT PREJUDICE for failure to prosecute. This action is hereby DISMISSED.**

   **January 10, 2007**

Date                                        Clerk

                                               s/ Linda M. Zik
                                              (By) Deputy Clerk